IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES ERIC FRANCIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-06-0062 |
| § | |
| NAMI RESOURCES COMPANY, INC., § | |
| § | |
| Defendant. § | |

**ORDER**

The parties jointly moved to remit the discovery dispute underlying Nami Resources Company, LLC's Motion to Quash and Motion for Protective Order to the United States District Court, Eastern District of Kentucky, where litigation between the parties is pending and the same discovery dispute will be addressed. The motion is granted.

The discovery dispute is remitted to the United States District Court for the Eastern District of Kentucky, London Division, *James E. Francis v. Nami Resources Company, LLC*, United States District Court, Eastern District of Kentucky, London Division, Case No. 6-04-CV-510-KKG. Counsel for the parties will notify this court of the resolution of the matter in the United States District Court, Eastern District of Kentucky, within ten days after an order resolving the issues underlying NRC's pending motions is issued. This matter is stayed and administratively closed pending notice from the parties and further order of this court.

SIGNED on April 4, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge